NATHAN GORDON and Another, Respondents, v. MOTOR HAULAGE Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with

---

* Affd., 266 N. Y. —.          † Affd., 266 N. Y. —.

ten dollars costs. The appeal did not involve the validity of the inquest. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.